NORCOTT, J., did not participate in the consideration or decision of this cross petition.

*Christine Collyer*, special deputy assistant state's attorney, in support of the cross petition.

Decided May 17, 2005

## IN RE JERMAINE S. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 86 Conn. App. 819 (AC 25065), is denied.

*Tiffany W.*, pro se, in support of the petition.

Decided May 17, 2005

## STATE OF CONNECTICUT *v.* DANIEL SANTIAGO

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 754 (AC 20812), is denied.

*Darcy McGraw*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided May 17, 2005

## STATE OF CONNECTICUT *v.* ROBERT KALMAN

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 125 (AC 23653), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided May 17, 2005

STATE OF CONNECTICUT *v.* MICHAEL STAVRAKIS

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 371 (AC 24110), is denied.

*Nicholas P. Cardwell,* in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided May 17, 2005

STATE OF CONNECTICUT *v.* ANDREW C. HAIGHT

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 88 Conn. App. 235 (AC 24335), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that at the time of his arrest the defendant was not operating his motor vehicle?"

The Supreme Court docket number is SC 17435.

*Sarah Hanna,* special deputy assistant state's attorney, in support of the petition.

*Brenden P. Leydon,* in opposition.

Decided May 17, 2005